IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAMONT O. DOUGLAS,       )  | |
|     Plaintiff,       ) | Civil Action No. 7:08-cv-00012 |
| v.       ) | **FINAL ORDER** |
| COUNTY OF WISE, et al.,       ) | By: Hon. Jackson L. Kiser |
|     Defendants.       ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 18th day of January, 2008.

                                                /s/ Jackson L. Kiser
                                              Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED — for Roanoke
JAN 1 8 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

dockets.Justia.com