CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

JAN 1 8 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **LAMONT O. DOUGLAS,** | ) | **Civil Action No. 7:08-cv-00012** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **COUNTY OF WISE, et al.,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are

hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to plaintiff.

**ENTER:** This 18th day of January, 2008.

_Jackson L. Kiser_
Senior United States District Judge